# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

DANA THOMPKINS,              :
                              :

        Plaintiff,           :
                              :

        v.                 :
                              :   Civil Action No.

CANDACE BROTHERS and   :
EDWARD FULTON,         :
                              :

        Defendants.     :

## PETITION FOR REMOVAL AND
## SUBSTITUTION OF THE UNITED STATES
## FOR DEFENDANT EDWARD M. FULTON

COMES NOW named Defendant Edward M. Fulton, Special Agent of the Internal Revenue Service, hereinafter called Petitioner, by and through the United States Attorney for the District of Delaware, and petitions this Court pursuant to 28 U.S.C. 1441 (a) for the removal of the above entitled case now pending as *DANA THOMPKINS v. CANDACE BROTHERS and EDWARD FULTON,* Civil Action No. 05C-11-220-JEB in the Superior Court of the State of Delaware in and for New Castle County, and in support thereof, avers as follows:

1.     On or about November 23, 2005, plaintiff Dana Thompkins, through counsel, filed this suit in Superior Court against the above-named defendants, alleging *inter alia* she was injured in a motor vehicle accident caused by the negligence of the defendants. A Copy of plaintiff's state court Complaint is attached as Exhibit A.

2.     At the time of the incidents alleged in the Complaint, Defendant Edward M. Fulton was acting within the course and scope of his duties as an employee of the United States. *See* Certification attached as Exhibit B.

3.      This action is thus subject to the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq*. Accordingly, the United States is the proper party Defendant and jurisdiction properly lies in this Court rather than in State Court. *Id*.

4.      Pursuant to 28 U.S.C. § 2679(d)(1) , and based upon the Certification attached as Exhibit B, "the United States shall be substituted as the party defendant."

5. A Notice of filing of this Petition for Removal will be promptly filed in Superior Court of the State of Delaware in and for New Castle County. See Exhibit C.

WHEREFORE, petitioner prays that the entire action now pending under the *DANA THOMPKINS v. CANDACE BROTHERS and EDWARD FULTON*, Civil Action No. 05C-11-220-JEB in the Superior Court of the State of Delaware in and for New Castle County, be properly removed to this Court and that the United States be substituted for Defendant Edward M. Fulton.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:   /s/ Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorneys
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

Dated: February 13, 2006

IT IS SO ORDERED this _____ day of _____, 2006.


_____
J.
United States District Judge
United States District Court

# EXHIBIT A

KMR:mac

November 7, 2005

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

DANA THOMPKINS )
           Plaintiff, )
    v. )
CANDACE BROTHERS and )
EDWARD FULTON )
        Defendants. )

C.A. No. 05C-11-220 JEB

ARBITRATION

TRIAL BY JURY OF
TWELVE DEMANDED

<u>COMPLAINT</u>

1.    The plaintiff is a resident of the State of Delaware.

2.    The defendants are residents of the State of Delaware.

4.    On or about August 4, 2004, motor vehicles operated by the defendants, Candace Brothers and Edward Fulton, caused a motor vehicle collision involving a motor vehicle operated by the plaintiff.  The collision occurred on Route 13, New Castle County, Delaware.

5.  The aforesaid motor vehicle collision was caused by the joint and/or several negligence of the defendants in that:

    (a)   they failed to maintain a proper lookout;

    (b)   they failed to maintain control over their motor vehicle;

    (c)   they operated their motor vehicle in a careless and inattentive manner, in violation of 21 <u>Del.C.</u> §4176;

    (d)  they operated their motor vehicle at an unsafe rate of speed;

(e) they failed to yield the right of way when exiting a roadway.

6. As a result of the aforesaid negligence of the defendants, the plaintiff, Dana Thompkins, sustained physical injuries, mental anguish and special damages.

7. As a further result of the aforesaid negligence of the defendants, the plaintiff, Dana Thompkins incurred medical expenses and lost wages.

WHEREFORE, the plaintiff demands compensatory damages from the defendants, jointly and/or severally, plus court costs.

CICONTE, ROSEMAN & WASSERMAN

Date:

KENNETH M. ROSEMAN
1300 King Street
P.O. Box 1126
Wilmington, DE  19899
(302) 658-7101
Attorney for Plaintiff

KMR:mac

November 7, 2005

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

DANA THOMPKINS                    )
                                  )    C.A. No. OSC-11-220 JEB
          Plaintiff,              )
                                  )    ARBITRATION
     v.                           )
                                  )    TRIAL BY JURY OF
CANDACE BROTHERS and              )    TWELVE DEMANDED
EDWARD FULTON                     )
                                  )
          Defendants.             )

## PLAINTIFF'S ANSWERS TO FORM 30 INTERROGATORIES

1.   Give the name and present or last known residential and
employment address and telephone number of each eyewitness to the
incident which is the subject of the litigation.

A.   See police accident report.

2.   Give the name and present or last known residential and
employment address and telephone number of each person who has
knowledge of the facts relating to the litigation.

A.   Plaintiff's family members, treating physician and
attorney.

3.   Give the names of all persons who have been interviewed
in connection with the above litigation, including the names and
present or last known residential and employment addresses and
telephone numbers of persons who made said interviews and the names
and present or last known residential and employment addresses and
telephone numbers of persons who have the original and copies of

the interviews.

A.    None.

4.    Identify all photographs, diagrams, or other representations made in connection with the matter in litigation, giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof. (In lieu therefore, a copy can be attached.)

A.    See police report.

5.    Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

A.    See medical report.

6.    Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

(a)  The name and address of all companies insuring the risk;

(b)  The policy number(s);

(c)  The type of insurance;

(d)  The amounts of primary, secondary and excess coverage.

A.    Not applicable.

7.    Give the names, professional address, and telephone number of all physicians chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten-year period immediately prior to the date of the incident at issue in this litigation.

A.    To be provided.

CICONTE, ROSEMAN & WASSERMAN

KENNETH M. ROSEMAN
1300 King Street
Wilmington, DE  19801
Attorney for Plaintiff
(302) 658-7101

7

DEC-19-2005  14:35

P.09

**STATE OF DELAWARE**
**UNIFORM TRAFFIC**
**COLLISION REPORT**

DSP01

TROOP/DEPARTMENT

DSP HQ NO. (LEAVE BLANK) 000567

COMPLAINT NO. 01-04-055420

☐ REPORTABLE PROPERTY DAMAGE
☒ PERSONAL INJURY
☐ FATALITY

☐ NON-REPORTABLE
☐ LATE REPORT
☐ HAZ/MAT.
☐ COMM. VEH.

| 3. MON. - DATE - YEAR | 4. DAY | 5. TIME OCCURRED | 6. NOTIFIED | 7. ARRIVED | 8. GRID NO. | 9. SECTOR | 12. |
|---|---|---|---|---|---|---|---|
| 08 / 04 / 04 | WE | 1339 | 1339 | 1352 | 120 1364 | 11 | LIGHT CONDITION 18 |

10. NUMBER & NAME OF STREET OR HIGHWAY - CTY. RTE. NO., INTERSECTING WITH STREET OR ROAD - CTY. RTE. NO.

US 13   Philadelphia Pike Cr 24

| 13. WEATHER CONDITION 27 |

11. NON. INTERSECT. 32 FEET ☐ MILES ☐ N ☐ of:   Duncan Rd ST# 1141-10140

| 15. SURFACE CONDITION 27 |

| 16. PRIM. CONTRIB. CIRCUM. 9 | 8. SPEED TOO FAST 9. FAIL TO YIELD ROW 10. PASSED STOP SIGN | 11. DISREGARD TRAFFIC SIGNAL 12. DROVE LEFT OF CENTER 13. IMPROPER PASSING | 14. FOLLOWING TOO CLOSE 15. MADE IMPROPER TURN 16. DRIVING UNDER INFLUENCE | 17. MECH. DEFECT | 15. |
|---|---|---|---|---|---|

| 15. TRAFFIC CONTROL 35 | FUNCT. PROPER 1 |

| 17. COLLISION INVOLVED 37 | ON RDWY. 1 | 18. EMERG. RESPON. 2 | 20. ___ 1 MILES ☐ N ☐ E ☐ S ☐ W of: Rolleforte | 21. CTY. N | 22. CODE | 23. MILE POINT | CITY OR TOWN |

| 24. NAME NO. 1 | LAST Brothers | FIRST Candace | M.I. | 24. NAME NO. 2 | LAST Thompkins | FIRST Dana | N | M.I. |

| 25. STREET ADDRESS 1900 N West St | | 25. STREET ADDRESS 128 Bayard Dr |

| 26. CITY Wilmington | 27. STATE DE | 28. ZIP 19805 | 29. PHONE 658-0503 | 26. CITY Claymont | 27. STATE DE | 28. ZIP 19703 | 29. PHONE 571-9850 |

| 30. DRIVERS LICENSE NO. 1301202 | 31. STATE DE | 32. DOB 03-30-82 | 33. AGE 22 | 34. SEX M/F F | 30. DRIVERS LICENSE NO. 983656 | 31. STATE DE | 32. DOB 03-15-72 | 33. AGE 32 | 34. SEX M/F F |

| 35. SOBRIETY 18 | 36. TESTED 2 | TYPE 4 | 37. RESULT □ .N/A % | TEST NUMBER N/A | 35. SOBRIETY 18 | 36. TESTED 2 | TYPE 4 | 37. RESULT □ .N/A % | TEST NUMBER N/A |

| 38. VEHICLE YR. 85 | 39. VEHICLE MAKE Chevy | 40. MODEL Celebrity | 41. BODY STYLE 56 | 38. VEHICLE YR. 99 | 39. VEHICLE MAKE Honda | 40. MODEL Accord | 41. BODY STYLE 56 |

| 42. REGISTRATION NO. 371686 | 43. STATE DE | 44. COLOR Blue | 45. DAMAGE $ 2000 | 46. TRAILERS 0 1 2 3 | 42. REGISTRATION NO. 245197 | 43. STATE DE | 44. COLOR Gray | 45. DAMAGE $ 3000 | 46. TRAILERS 0 1 2 3 |

| 47. VEHICLE/TRACTOR OWNER: LAST SA | FIRST | M.I. | 47. VEHICLE/TRACTOR OWNER: LAST SA | FIRST | M.I. |

| 48. STREET | CITY | STATE | 48. STREET | CITY | STATE |
| ME | | | SA | | |

| 49. INSURANCE COMPANY Progress. OC | NUMBER | 49. INSURANCE COMPANY State Farm | NUMBER 405311207QBN |

| 50. CHARGE/SECTION NO. N/A | 51. ARREST NO. | 50. CHARGE/SECTION NO. N/A | 51. ARREST NO. |

| 52. NO. 1 TOWED BY: Holly Oak TO: Same | 52. NO. 2 TOWED BY: Holly Oak TO: Same |

| | 1. REAR | 2. PASSING | 3. ANGLE | 4. RIGHT TURNS | 5. RIGHT TURN | 11. OTHER |
| | 6. HEAD ON | 7. SIDESWIPE | 8. INDICATE OBJECT | 9. LEFT TURN | 10. LEFT TURN | |

| CODE | 55. WITNESS INFORMATION: (NAME, ADDRESS, PHONE NO., LOCATION) |
|---|---|
| W | See Page 3 for witnesses |
| NCV | Op: Fulton Edward M |
| | 21 Briarcliffe Ct |
| | Newark DE 19702 |
| | Vehicle: 04 Pontiac Bonneville Blk |
| | Reg: DE 901008 |
| | Owner: JFS Enterprises PO Box 25225 Wilmington DE |
| | Ins: Self-Insured US Government |

| GENERAL | | 17. COLLISION INVOLVED |
|---|---|---|
| 1. YES 2. NO 3. UNKNOWN 4. N/A 5. PENDING 6. NONE 7. OTHER | | 37. MV IN TRANSPORT 38. NON-COLL. OVERTURN 39. MV ON OTHER RDWY 40. PEDESTRIAN 41. PARKED VEHICLE 42. RAILROAD TRAIN 43. PEDALCYCLIST 44. ANIMAL |
| 12. LIGHT COND. 18. DAYLIGHT 19. DAWN/DUSK 20. DARKLIGHT 21. DARK/UNLIT | | 45. FIXED OBJECT 46. OTHER OBJECT 47. OTHER NON-COLLISION |
| 13. WEATHER 22. CLEAR 23. RAIN 24. SNOW/SLEET 25. FOG 26. CLOUDY | | 18. SOBRIETY 48. NOT DRINKING 49. HBD NOT IMPAIRED 50. HBD IMPAIRMENT UNK 51. UNDER THE INFLUENCE |
| 14. SURFACE 27. DRY 28. WET 29. SNOWY 30. ICY | | 52. PBT 53. BREATH 54. BLOOD 55. URINE  57. TYPE |
| 15. CONTROLS 31. STOP SIGN 32. STOP & GO LIGHT 33. YIELD SIGN 34. WARNING SIGN 35. LANE MARKINGS 36. FLASHING SIGNAL | | 41. BODY STYLE 56. PASSENGER CAR 57. PICK-UP TRUCK 58. VAN/PANEL TRUCK 59. FARM VEHICLE 60. MOTORCYCLE 61. BUS 62. SCHOOL BUS 63. 4 WHEEL TRUCK 64. 18 WHEEL TRUCK 65. TRACT. & SEMI. TR. (S) |

See Continuation for Narrative

| 56. INVESTIGATING OFFICER | I.D. NUMBER | 57. SUPERVISOR'S APPROVAL DATE | 58. REVIEWER | 59. |
|---|---|---|---|---|
| | | | GLS | |

12/21/2005  15:51  202-283-7979  PAGE.09

☒ 60. CONTINUATION

☐ 80. SUPPLEMENT

INITIAL REPORT DATE

OPERATOR #1

OPERATOR #2

**STATE OF DELAWARE**

**UNIFORM TRAFFIC**

**COLLISION REPORT**

**CONTINUATION/SUPPLEMENT**

DSP 01
TROOP/DEPARTMENT

COMPLAINT NUMBER

| CODE | 56. |
| --- | --- |

W-1: Wayne R House Knecht, 1932 E Cambia St, Phila PA 19134, Ph #
(302) 762-5454, Location: 4.5 vehicle lengths behind Collision S/B on 13.

W-2: Jose Gentry, 7 Redrock Rd, Wilmington, DE 19809, Ph # (302) 762-1088,
Location: Pedestrian exiting Bank

NCV exiting the Bank turning left onto US 13 S/B. V1 traveling S/B
on US 13 in the left lane. V2 traveling S/B on US 13 in the left lane. V3
traveling S/B on US 13 in the right lane along side V2. V4 traveling
S/B on US 13 in the left lane behind V2. V1 swerved to avoid NCV and lost
control of her vehicle. V1 traveled back to the left crossing to double yellow
line and side swiping V2 for POI approx (312' N/o Newcut Rd, 18' E/EOR). The
rear end of V1 was pushed out counter-clockwise striking the driver side
rear of V3 for POI/2 approx (3' N/o POI/1, 9' W/o E/EOR). V1 then continued
S/B in the right left lane colliding head on with V4 for POI/3-FRP V1/V4 approx
(273' S/o POI/1, 15' W/o E/EOR). FRP V2 approx (78' N/o, 3' E/o POI/1). V3 pulled
off to the side of the road prior to arrival. FRP not determined.

W-1 advised that he witnessed NCV pulling out of the Bank Plot.
W-1 stated that V1 swerved to avoid striking NCV and lost control striking
the other vehicles.

W-2 advised that he was on foot in the Bank Plot when he saw NCV
pulling out into traffic. W-2 stated V1 swerved, struck V-2 and
continued on to strike V4 head on.

Oper NCV advised that he never saw V1 and did not know where
it came from. Oper NCV stated that he did see a white vehicle but
had enough distance and time to execute his turn.

Opl advised that she swerved to avoid NCV and lost control of her
vehicle. Opl did not know what happened in the collision.

| 56. INVESTIGATING OFFICER | RANK | I.D. NUMBER | 57. SUPERVISOR'S APPROVAL DATE | 58. REVIEWER | 59. |
| --- | --- | --- | --- | --- | --- |
| | Cpl | 3277 | | | |

FORM / DSP 059

# STATE OF DELAWARE

## UNIFORM TRAFFIC

### COLLISION REPORT

#### CONTINUATION/SUPPLEMENT

| 80. CONTINUATION | |
|---|---|
| 80. SUPPLEMENT | |
| INITIAL REPORT DATE | |
| OPERATOR #1 | |
| OPERATOR #2 | |

TROOP/DEPARTMENT

DSP 01

COMPLAINT NUMBER

DSP NO. NO.(LEAVE BLANK)

**CODE** 55.

Op2 stated that V1 side swiped her vehicle while she was heading N/B on US 13. Op2 did not know what happened in the collision after her impact.

Op3 advised that V2 was pushed into his vehicle after the impact with V1.

Op4 stated that he saw V1 strike the vehicle in front of his and collide head on with his vehicle. Op4 advised that V1 was traveling at a high rate of speed. Op4 stated that he saw Op1 lay down across the passenger side of her vehicle, letting go of the wheel prior to the collision with his vehicle.

| INVESTIGATING OFFICER | RANK | I.D. NUMBER | 57. SUPERVISOR'S APPROVAL DATE | 58. REVIEWER | 59. |
|---|---|---|---|---|---|
| Torres | Cpl | 327 | | | |

PAGE 5 OF 5

FORM 459 A REV. 10/97

SUMMONS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

DANA THOMPKINS )
)
         Plaintiff, )
)    C.A. No. 05C-11-220 JEB
    v. )
)    SUMMONS
)
CANDACE BROTHERS and )
EDWARD FULTON )
)
        Defendant. )

THE STATE OF DELAWARE,
TO THE SHERIFF OF     NEW CASTLE     COUNTY:
YOU ARE COMMANDED:

     To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon    KENNETH M. ROSEMAN    Plaintiff's attorney, whose address is  1300 King Street, P.O. Box 1126, Wilmington, Delaware 19899  , an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

     To serve upon defendant a copy hereof the complaint (and of the affidavit of demand if any has been filed by the plaintiff).

Dated: 12/2/05

SHARON A[...]
PROTHON[...]

PER DEPUTY

TO THE ABOVE NAMED DEFENDANT:

     In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will re rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

SHARON A[...]
PROTHON[...]

PER DEPUTY

SUPERIOR COURT CIVIL INFORMATION STATEMENT (CIS)

COUNTY:     Ⓝ   K   S

CIVIL ACTION NUMBER: _05C-11-220 SFR_

Civil Case Code _CPIA_

Civil Case Type _____ Personal Injury Auto ___
(See Reverse Side for Code and Type)

Caption:
_Dara Thompkins_

_Candace Brothers_ and
_Edward Fulton_

Name and Status of Party filing document:
_Dara Thompkins_

Document Type: (e.g., Complaint, Answer with Counterclaim)

_Complaint, Form 30 Interrogatories_
Non-Arbitration
(CERTIFICATE OF VALUE MAY BE REQUESTED)

Arbitration _X_   Mediation ___   Neutral Assessment ___

DEFENDANT (CIRCLE ONE) ACCEPT   REJECT

JURY DEMAND   YES _X_   NO __

TRACK ASSIGNMENT REQUESTED (CIRCLE ONE)

EXPEDITED     STANDARD     COMPLEX

ATTORNEY NAME(S):

_KENNETH M. ROSEMAN_

ATTORNEY ID(S):

_I.D. No. 916_

FIRM NAME:

_CICONTE, ROSEMAN & WASSERMAN_

ADDRESS:

_1300 King Street, Wilmington, DE 19808_

_(302) 658-7101_
TELEPHONE NUMBER:

_(302) 658-4982_
FAX NUMBER:

_Maria.crw@dol.net_
E-MAIL ADDRESS:

IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGES INITIALS

EXPLAIN THE RELATIONSHIP(S):

OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT

(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE)

_FILED_
_PROTHONOTARY_
2005 NOV 23 AM 11:06

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

# EXHIBIT  B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DANA THOMPKINS,                          :
                                         :
                    Plaintiff,           :
                                         :
          v.                             :
                                         :   Civil Action No.
CANDACE BROTHERS and                     :
EDWARD FULTON,                           :
                                         :
                    Defendants.          :

## CERTIFICATION

I, Colm F. Connolly, United States Attorney for the District of Delaware, hereby certify,

pursuant to 28 U.S.C. 2679(d)(1), that I have read the Complaint in this action and, on the basis

of information now available with respect to the allegations therein, I find that the individually

named Defendant, Edward Fulton was acting within the scope of his employment as an employee

of the United States at the time of the incidents alleged in the Complaint.

COLM F. CONNOLLY
United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277

Dated:  February 9, 2006

# EXHIBIT  C

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY

DANA THOMPKINS,          :
                                      :

           Plaintiff,         :
                                        :

          v.                  :     Civil Action No. 05C-11-220-JEB
                                        :

CANDACE BROTHERS and     :
EDWARD FULTON,          :
                                        :

           Defendants.     :

### NOTICE OF REMOVAL

Please take notice that on February 13, 2006, Defendant, Edward M. Fulton, Special Agent of the Internal Revenue Service, in the above-titled action, by and through undersigned counsel, Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, filed in the office of the Clerk of the United States District Court for the District of Delaware at Wilmington, Delaware, a Petition for Removal and a copy of this Notice of Removal of the above-titled action to the said United States District Court. A copy of the Petition for Removal is attached hereto and is being filed with the Superior Court of the State of Delaware in and for New Castle County which filing effects the Removal.

Accordingly, pursuant to 28 U.S.C. §§ 1442(a) and §1446(d), the above-titled action may

proceed no further in state court unless and until the case is remanded.

           Respectfully submitted,
           COLM F. CONNOLLY
           United States Attorney

BY:                         
           Patricia C. Hannigan
           Assistant United States Attorneys
           Delaware Bar I.D. No. 2145
           The Nemours Building
           1007 Orange Street, Suite 700
           P.O. Box 2046
           Wilmington, Delaware 19899-2046
           (302) 573-6277

Dated  February 13, 2006

## CERTIFICATE OF SERVICE

I, **MAUREEN R. DAVIS**, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on **February 13, 2006**, I served the foregoing:

**NOTICE OF REMOVAL**

by delivering a copy of said documents via First Class United States Mail, postage prepaid to counsel at the following address:

**Kenneth M. Roseman, Esquire**
Ciconte Roseman & Waserman
1300 King Street
P. O. Box 1126
Wilmington, DE 19899
(302) 658-7101
crw@dol.net

Maureen R. Davis
Legal Assistant

## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on February 13, 2006, I electronically filed the foregoing **PETITION FOR REMOVAL SUBSTITUTION OF THE UNITED STATES FOR DEFENDANT EDWARD M. FULTON** with the Clerk of the Court using CM/ECF. Notification of this filing will be sent via First Class United States Mail, postage prepaid, to the following:

**Kenneth M. Roseman, Esquire**
Ciconte Roseman & Waserman
1300 King Street
P. O. Box 1126
Wilmington, DE 19899
(302) 658-7101
crw@dol.net

COLM F. CONNOLLY
United States Attorney

BY:    /s/Patricia C. Hannigan
       Patricia C. Hannigan
       Assistant United States Attorney
       Delaware Bar I.D. No. 2145
       The Nemours Building
       1007 Orange Street, Suite 700
       P. O. Box 2046
       Wilmington, DE 19899-2046
       (302) 573-6277
       Patricia.Hannigan@usdoj.gov