

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

| | |
|---|---|
| *The Nemours Building* | *(302) 573-6277 x 156* |
| *1007 Orange Street, Suite 700* | *FAX (302) 573-6220* |
| *P.O. Box 2046* | *TTY (302) 573- 6274* |
| *Wilmington, Delaware 19899-2046* | *Toll Free (888) 293-8162* |
| | *Patricia.Hannigan@usdoj.gov* |

March 16, 2006

**VIA CM/ECF**

Honorable Sue L. Robinson
Chief District Judge
J. Caleb Boggs Federal Bldg
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE 19801

    **Re:**   **Dana Thomkins v. Candace Brothers, et al**
               **Civil Action No.06-096-SLR**

Dear Chief Judge Robinson:

    I write to advise the Court that the Plaintiff has agreed to voluntarily dismiss the referenced action. I expect a stipulation to that effect to be filed with the Court shortly.

                        Respectfully,

                        COLM F. CONNOLLY
                        United States Attorney

                        /s/ Patricia C. Hannigan
                        Patricia C. Hannigan
                        Assistant United States Attorneys
                        Delaware Bar I.D. No. 2145
                        The Nemours Building
                        1007 Orange Street, Suite 700
                        P.O. Box 2046
                        Wilmington, Delaware 19899-2046
                        (302) 573-6277
                        Patricia.Hannigan@usdoj.gov

PCH:md

cc:    Kenneth M. Roseman, Esquire/Via First Class Mail
        Dan Fish/IRS/Via First Class Mail
        Mark Fulton/IRS/Via First Class Mail