IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DANA THOMPKINS,

        Plaintiff,

v.

CANDACE BROTHERS and
EDWARD FULTON,

        Defendants.

Civil Action No. 06-096-SLR

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)

Plaintiff Dana Thompkins and Defendant Edwark Mark Fulton hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), subject to the approval of the Court, to dismiss the captioned matter without prejudice. No other party has appeared in this action.

| ON BEHALF OF DEFENDANT<br>EDWARD MARK FULTON | ON BEHALF OF PLAINTIFF<br>DANA THOMPKINS |
|---|---|
| COLM F. CONNOLLY<br>United States Attorney | |
| /s/ Patricia C. Hannigan<br>Patricia C. Hannigan<br>Assistant United States Attorneys<br>Delaware Bar I.D. No. 2145<br>The Nemours Building<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, Delaware 19899-2046<br>(302) 573-6277<br>Patricia.Hannigan@usdoj.gov | /s/ Kenneth M. Roseman<br>Kenneth M. Roseman, Esquire<br>Ciconte Roseman & Waserman<br>1300 King Street<br>P. O. Box 1126<br>Wilmington, DE 19899<br>(302) 658-7101<br>crw@dol.net |
| Dated: March 30, 2006 | Dated: March 30, 2006 |

IT IS SO ORDERED this _____ day of _____, 2006.

_____
HONORABLE SUE L. ROBINSON
Chief District Judge
United States District Court

## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on **March 30, 2006**, I electronically filed the foregoing **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)** with the Clerk of the Court using CM/ECF. Notification of this filing will be sent via First Class United States Mail, postage prepaid, to the following:

**Kenneth M. Roseman, Esquire**
Ciconte Roseman & Waserman
1300 King Street
P. O. Box 1126
Wilmington, DE 19899
(302) 658-7101
crw@dol.net

                    COLM F. CONNOLLY
                    United States Attorney

        BY:  /s/Patricia C. Hannigan
                Patricia C. Hannigan
                Assistant United States Attorney
                Delaware Bar I.D. No. 2145
                The Nemours Building
                1007 Orange Street, Suite 700
                P. O. Box 2046
                Wilmington, DE 19899-2046
                (302) 573-6277
                Patricia.Hannigan@usdoj.gov